Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff BRENDA G. SWAIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA G. SWAIN, | Case No.: 2:14-CV-01351-KJN |
| Plaintiff, | ORDER RE: UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE KENDALL J. NEWMAN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Brenda G. Swain ("Plaintiff") requests, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to January 21, 2015; and that Defendant shall have until February 20, 2015, to file his opposition. Any reply by plaintiff will be due February 28, 2015.

1   An extension of time for plaintiff is needed in order to properly address the
2 issues within the administrative record in this matter.  Counsel sincerely apologizes
3 to the court for any inconvenience this may have had upon it or its staff.
4   Counsel for defendant has indicated, via e-mail, that this motion to extend is
5 not opposed.

6 DATE: December 1, 2014          Respectfully submitted,

7                                 LAW OFFICES OF LAWRENCE D. ROHLFING

8                                   /s/ *Steven G. Rosales*
                                  BY: _____
9                                 Steven G. Rosales
                                  Attorney for plaintiff BRENDA G. SWAIN

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including January 21, 2015, in which to file Plaintiff's Motion for Summary Judgment or Remand; Defendant may have an extension of time to February 20, 2015, to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due February 28, 2015.

IT IS SO ORDERED.

Dated:  December 3, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE