UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA G. SWAIN, | No. 2:14-cv-1351-KJN |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On December 3, 2014, the court granted plaintiff an extension until January 21, 2015, to file plaintiff's opening motion for summary judgment. (ECF No. 13.) Ultimately, plaintiff filed a motion for summary judgment six days late on January 27, 2015. (ECF No. 14.) Although the court routinely grants reasonable extensions of time for good cause, such requests must generally be made prior to expiration of the applicable deadline, absent extraordinary circumstances. In this case, plaintiff's counsel has not even provided any explanation for the tardy filing.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, plaintiff's counsel shall show cause in writing why monetary sanctions of $100.00 should not be imposed against plaintiff's counsel for the tardy filing.

////

1

2. If plaintiff's counsel concludes that no good cause exists, plaintiff's counsel may elect to pay the monetary sanctions in lieu of filing a response. <u>Any monetary sanctions paid by plaintiff's counsel shall not be recovered, directly or indirectly, from plaintiff herself.</u>

IT IS SO ORDERED.

Dated: January 29, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE